**UNITED STATES** of America, Appellee, v. Marie **CONROY**, Appellant.

No. 8539.

Circuit Court of Appeals, Third Circuit.

Argued March 10, 1944.

Decided March 15, 1944.

Michael G. Alenick, of Newark, N. J. (Joseph Brill, of New York City, on the brief), for appellant.

Vincent E. Hull, of Newark, N. J. (Thorn Lord, U. S. Atty., of Trenton, on the brief), for appellee.

Before BIGGS, JONES, and Mc-LAUGHLIN, Circuit Judges.

PER CURIAM.

Judgment affirmed.